IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MACK HENRY LOTT, *et al.*, | : | |
| Plaintiffs | : | |
| VS. | : | NO. 5:14-CV-271 (MTT) |
| DR. CHIQUITA FYE, *et al.*, | : | |
| Defendants | : | |
| _____ | : | |

**O R D E R**

By Order dated August 1, 2014, this Court dismissed Plaintiff MACK HENRY LOTT's lawsuit under 42 U.S.C. § 1983 (ECF No. 7). The Court thereafter denied a number of post-judgment motions filed by Plaintiff, including a motion for reconsideration (ECF No. 15). Plaintiff and a purported co-Plaintiff have each now filed a "Motion for Physical Examination[s]" (ECF Nos. 16 & 17). This case is closed and the instant motions are therefore **DENIED**. Plaintiff and other would-be Plaintiffs are hereby instructed **not to file** additional motions or other documents in this case (other than a timely notice of appeal).

**SO ORDERED**, this 8th day of September, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE